No. 94–166. RAMIREZ v. PACIFIC MARITIME ASSN. ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–170. ROSENFELD v. RIVER PLACE EAST HOUSING CORP. C. A. 4th Cir. Certiorari denied.

No. 94–174. MITCHELL v. UNITED STATES; and SEAVER v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 94–175. BIEGELEISEN v. JACOBSON. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 94–176. TELELECT, INC. v. FENSTERMACHER. C. A. 10th Cir. Certiorari denied.

No. 94–177. BAMFORD ET AL. v. UPPER REPUBLICAN NATURAL RESOURCES DISTRICT. Sup. Ct. Neb. Certiorari denied.

No. 94–178. THOMPSON ET AL. v. KENTUCKY FRIED CHICKEN CORP. ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–180. JONES v. SECRETARY OF HEALTH AND HUMAN SERVICES ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–181. SOWASHEE VENTURE v. EB, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–184. MIRMAN v. SUPREME COURT OF NEW JERSEY ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–185. ANDREWS v. ALASKA OPERATING ENGINEERS-EMPLOYERS TRAINING TRUST FUND. Sup. Ct. Alaska. Certiorari denied.

No. 94–186. RAGLAND v. MINTER. Ct. App. Tex., 3d Dist. Certiorari denied.